Vazquez v. The Registrar of Property. ·

Appeal from a decision of the Registrar of Property
of Mayagüez.

No. 10.—Decided December 15, 1904.

Dominion Title—Authentic Document—Description.—A certificate issued by
the secretary of a district court, wherein a description is given of the prop-
erty for which a dominion title is sought, is an authentic document for the
purposes of inscription in accordance with the provisions of article 3 of the
Mortgage Law.

Id.—Order Granting a Dominion Title.—If in an order granting dominion title
the proceedings which were had in order to prove the ownership of the prop-
erty in question have not been made to appear, such document is defective
in the requirements which are necessary in order that the same may be
admitted to record in accordance with the provisions of article 440 of the
Mortgage Law, and the same cannot be recorded.

STATEMENT OF THE CASE.

The hearing was had in this appeal, which was taken by
Fernando Vázquez from a memorandum decision of the Regis-
trar of Property of Mayagüez, refusing to record an order ap-
proving judicial proceedings prosecuted to prove the owner-
ship of a rural estate (dominion title).

Fernando Vázquez Morales having prosecuted a pro-
ceeding in the District Court of Mayagüez to prove the own-
ship of a rural estate, the judge of said court made an order
under date of August 31st, last, which reads as follows:

"This motion having been heard, the court is of opinion that in
this case the facts are in favor of the petitioner, and that the owner-
ship of the property described in the application should be declared,
and the same is hereby declared to be in the petitioner, Fernando
Vázquez Morales, because the fact has been clearly established."

A certified copy of the order of approval dated August
31st was issued by the secretary of the said court, wherein
there was included a description of the property referred

to in the petition filed in the dominion title proceedings. The said certificate having been presented at the Registry of Property of Mayagüez for record, the registrar refused to enter the record sought, for the reasons set out in the memorandum decision entered on the back of the certified copy so presented, and which decision reads as follows:

"The admission to record of the foregoing document is denied because a description of the property is not embodied in the decision of the court granting a dominion title thereto, and because it does not appear from the said document what procedure has been followed, which prevents the classification of the said document, because it does not possess the requisites required by the Mortgage Law to be set out in the record; but instead of admitting the same to record the cautionary notice provided for by the law of the Legislative Assembly of this Island in regard to appeals. from decisions of registrars of property, an entry is made at folio 54 of volume 58 of this city, property No. 2,770, entry letter 'A,' which entry shall have legal effect during one hundred and twenty days from this date. Mayaguez, September 23, 1904. José E. Benedicto, Acting Registrar."

Not being satisfied with the adverse decision of the registrar, the petitioner Fernando Vázquez entered a written appearance before this Supreme Court within the time provided for by law to take this appeal, and praying that the said memorandum decision be reversed, and that the registrar be ordered to record the document presented. The registrar of property also entered an appearance in writing alleging in turn the reasons which he deemed proper in justification of his decision.

Mr. Chief Justice Quiñones, after stating the foregoing facts, delivered the opinion of the court.

Aside from the description of the property embodied in the certificate issued by the secretary of the District Court of Mayagüez, with reference to the proceedings to establish the ownership of the property, and which constitutes an authentic document for the purposes of inscription, according

to article 3 of the Mortgage Law in force in this Island, it is evident that the proceedings prosecuted to prove the ownership of the rural estate in question not having been set out in the order made by the judge of the said district court, the document presented is wanting in those requirements which are necessary in order that the registrar may admit the same to record and comply with the provisions of article 440 of the Regulations for the execution of the said Mortgage Law.

The order approving said proceedings being substantially defective the ownership (dominion title) involved herein cannot be admitted.

In view of the legal authorities cited the decision of the Acting Registrar of Property of Mayagüez refusing to record the document in question, and which has given rise to this appeal, is hereby affirmed, and the said document is ordered to be returned, together with a certified copy of this decision, to the registrar of property for his information and for the information of the party in interest, and for such other legal effect as may be proper.

*Affirmed.*

Justices Hernández, Figueras, MacLeary, and Wolf concurred.